**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| DANIEL JACKSON, | : |
| Plaintiff, | : |
| v. | :    1:08-CV-36 (WLS) |
| JAMES E. DONALD, *et al.*, | : |
| Defendants. | : |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed March 18, 2008. (Doc. 4). It is recommended that Plaintiffs claims be dismissed against all defendants except Defendants Jackson, Wade, Taylor, and Alexander. *Id*. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 4) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants Donald, Ammons, Rigsby, Jones, Allen, and Kennell are hereby **ORDERED DISMISSED** from the above captioned action.

**SO ORDERED**, this  18th  day of July, 2008.

                                                    /s/W. Louis Sands
                                                 **THE HONORABLE W. LOUIS SANDS,
                                                 UNITED STATES DISTRICT JUDGE**