FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 MAR 25  AM 11 51

WLS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DANIEL JACKSON,

    Plaintiff,

v.    :    1:08-CV-36 (WLS)

Sergeant JACKSON, *et al.*,

    Defendants.

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed September 2, 2008. (Doc. 20). It is recommended that Defendants' Motion to Dismiss (Doc. 18) be granted. *Id.* No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 20) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

**SO ORDERED**, this 24th day of March, 2009.

*/s/ W. Louis Sands*
THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT JUDGE

1